ALAN PEIA, ET AL. v. BOROUGH OF OGDENSBURG, ETC., ET AL.

May 30, 1989.

Petition for certification denied.

MAYOR AND MUNICIPAL COUNCIL OF THE CITY OF CLIFTON
v. LOCAL 21, FIREMEN'S BENEVOLENT ASSOCIATION.

May 30, 1989.

Petition for certification denied.

JOHN CALI ASSOCIATES, ETC. v. S/A ASSOCIATES, ETC.

May 30, 1989.

Petition for certification denied.

WILLIAM RYAN v. NEW JERSEY STATE
PAROLE BOARD, ET AL.

May 30, 1989.

Petition for certification denied.